IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>DAMONTE MARQUIS JULIES COMBS,<br>a/k/a D,<br><br>        Defendant. | Case No. 3:25-cr-8<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:   Damonte Marquis Julies Combs, a/k/a D.
Detained at (custodian) Minnesota Correctional Facility – Lino Lakes.
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on February 4, 2025 at 10:00 a.m., for the purpose of an initial appearance and arraignment.

| | |
|---|---|
| Attorney Signature: | /s/  Dawn M. Deitz |
| Printed Name and Telephone Number: | DAWN M. DEITZ, 701-297-7400 |
| Dated: January 14, 2025 | Attorney of Record for the United States |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

| | |
|---|---|
| Dated:  1/14/2025 | /s/ Alice R. Senechal |
| | Magistrate Judge Alice R. Senechal<br>United States District Court |

☐   Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____ By: _____  _____

Date Executed        Printed Name        Signature