# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### EASTERN DIVISION

United States of America,

      Plaintiff,

 vs.

Nathaniel Angelo Showers,

      Defendant.

**MOTION TO WITHDRAW
AS ATTORNEY OF
RECORD**

Case No.: 3:25-cr-00008-PDW

COMES NOW, Tanya Johnson Martinez, of Martinez Law PLLC., attorney of record for the above-named Defendant, Nathaniel Angelo Showers, and hereby submits this motion to withdraw as defense counsel in the above-referenced matter pursuant to N.D. R. Prof. Conduct 1.7 and 1.9 (duty owed to current and former clients).

This motion is based on the following grounds:

  Upon review of discovery documents, counsel became aware of a conflict of interest between current and a former client which affects counsel's ability to consider, recommend, or carry out a course of action on behalf of a client without adversely affecting the responsibilities owed to current and former clients, including Mr. Showers.

For the foregoing reasons Tanya Johnson Martinez respectfully requests this Court

grant an order allowing her to withdraw as counsel for Mr. Showers in this case. Mr. Showers has previously been found eligible for appointed counsel and requests substitute counsel be appointed without delay.  No hearing is requested with this motion.

 WHEREFORE, Tanya Johnson Martinez respectfully requests this Court enter an Order granting this Motion for Withdrawal as Counsel of Record.

Dated: February 11, 2025.

    Respectfully submitted,

    MARTINEZ LAW PLLC


    _____
    Tanya Johnson Martinez ND ID #05893
    3332 4th Ave. S., Suite 2B
    Fargo, ND 58103
    Tele:  (701) 491-7646
    Email:  tanya@johnsonmartinezlaw.com
    Eservice: service@johnsonmartinezlaw.com
    ATTORNEY FOR DEFENDANT