UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>　　　　　　　　　　　　　　　) <br>　　　　　　　　　Plaintiff, ) <br>　　　　　　　　　　　　　　　) <br>-vs- 　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　) <br>Lewis Dante George, 　　　　) <br>　　　　　　　　　　　　　　　) <br>　　　　　　　　　Defendant. ) | MOTION FOR RELEASE ON CONDITIONS <br><br> Case No. 3:25-cr-8 |

COMES NOW the Defendant, Lewis Dante George, by and through his attorney Brian P. Toay, and respectfully requests the Court to review conditions of release to permit him to be released on conditions.

Lewis has been in custody at the Sherburne County Jail since shortly after his arrest in January 2025. At that time, Lewis had several warrants in North Dakota and Minnesota. Lewis has since cleared all of these warrants and has no other pending charges against him.

Lewis has been accepted into the inpatient treatment program at Micah House, 1523 Nicolette Ave. S., Minneapolis, MN 55403. This program will start on August 11, 2025. Micah House staff will pick Lewis up from the Sherburne County Jail at 10:00 a.m. on August 11, 2025 and transport him to its facility. A copy of the correspondence from Micah House regarding these arrangements will be submitted with this Motion.

Lewis respectfully requests that his conditions be amended to allow him to be released on August 11, 2025 at 10:00 a.m. to attend inpatient treatment at Micah House in Minneapolis.

Dated this 22nd day of July, 2025    WOLD JOHNSON, P.C.

        _/s/ Brian Toay_
        Brian P. Toay
        WOLD JOHNSON, P.C.
        500 2nd Avenue North, Ste. 400
        P.O. Box 1680
        Fargo, ND 58107-1680
        Telephone: (701) 235-5515
        btoay@woldlaw.com
        Attorneys for Defendant

**Brian Toay**
___

**From:** Kariann Peterson <kpeterson@micahhouse.com>
**Sent:** Monday, July 21, 2025 9:41 AM
**To:** Brian Toay
**Subject:** Lewis George

Good morning Brian,

I am writing this to confirm that Lewis George has been accepted into our Residential Program at The Micah House.
We will also be able to transport him on August 11th and will pick him up at 10am. If there is a way you could coordinate that with the jail that would be great.

Any other questions or concerns, please feel free to reach out.


Thank you,

*Kariann M. Peterson* | Administrative Assistant
**THE MICAH HOUSE** | 1523 Nicollet Avenue S. Minneapolis, MN 55403
Phone: 612.314.2460 | Fax: 612.871.4290
www.micahhouse.com

1