UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,           )<br>                                                    )<br>                   Plaintiff,         )<br>                                                    )<br> -vs-                                           )<br>                                                    )<br> Lewis Dante George,                )<br>                                                    )<br>                   Defendant.      ) | **MOTION FOR RELEASE ON CONDITIONS**<br><br>Case No. 3:25-cr-8 |

COMES NOW the Defendant, Lewis Dante George, by and through his attorney Brian P. Toay, and respectfully requests the Court to review conditions of release to permit him to be released on conditions.

Lewis has been in custody at the Sherburne County Jail since shortly after his arrest in January 2025. At that time, Lewis had several warrants in North Dakota and Minnesota. Lewis has since cleared all of these warrants and has no other pending charges against him.

Lewis has been accepted into the inpatient treatment program at Micah House, 1523 Nicolette Ave. S., Minneapolis, MN 55403. This program will start on August 11, 2025. Micah House staff will pick Lewis up from the Sherburne County Jail at 10:00 a.m. on August 11, 2025 and transport him to its facility. A copy of the correspondence from Micah House regarding these arrangements will be submitted with this Motion.

Lewis respectfully requests that his conditions be amended to allow him to be released on August 11, 2025 at 10:00 a.m. to attend inpatient treatment at Micah House in Minneapolis.

Dated this 22nd day of July, 2025    WOLD JOHNSON, P.C.

                                                     /s/ *Brian Toay*
                                        Brian P. Toay
                                        WOLD JOHNSON, P.C.
                                        500 2nd Avenue North, Ste. 400
                                        P.O. Box 1680
                                        Fargo, ND 58107-1680
                                        Telephone:  (701) 235-5515
                                        btoay@woldlaw.com
                                        Attorneys for Defendant