## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal No. 3:25-cr-8 |
| v. | |
| Nathaniel Angelo Showers. | **Motion for Release** |
| Defendant. | |

---

    Nathaniel Showers, through his attorney, Chris Snyder, respectfully moves the Court for an Order granting his release from pre-trial custody.

    Mr. Showers was ordered to be held pending trial on January 28, 2025. On June 12, 2026, Mr. Showers was evaluated by medical professionals at the Tri-County Correctional Facility in Crookston, Minnesota for ongoing chronic pain issues in his back, shoulders, and knees. Mr. Showers was told by medical professionals that he would need further testing and imaging with an MRI in order to determine the full extent of his injury and whether surgery would be required. In the meantime, he was encouraged to use over-the-counter medications to help with pain.

    Mr. Showers is requesting the Court grant his release from custody pending trial so he can receive additional medical assistance and pain relief not available while in custody. Mr. Showers is requesting a hearing on this matter.

    The Government and USPO have been informed of the request and are not in support of Mr. Showers's release.

Dated: July 11, 2025                              Respectfully submitted,


   */s/ Chris Snyder*
Chris Snyder
MN Attorney No. 0399471
ND Attorney No. 09180

P.O. Box 616
Moorhead, MN 56561-0616
218-284-0484