IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATHANIEL SHOWERS,<br><br>　　　　Defendant. | Case No. 3:25-cr-0008<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY (DOC. 92)** |

　　The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, response to Defendant's Motion for Release from Custody. (Doc. 92.) In his motion, Defendant requests release to obtain medical services. (Id.) The United States opposes.

　　A presumption of detention is triggered if a defendant faces a drug charge with a ten-year *maximum* sentence. 18 U.S.C. § 3142(e)(3)(A). Therefore, even without any proffered evidence, detention is presumed appropriate. Although this presumption is rebuttable, it is still a factor to be considered. United States v. Abad, 350 F.3d 793, 797 (8th Cir. 2003). And Defendant's history and characteristics bolster the need for detention rather than detract from it.

　　Defendant's criminal history and law enforcement contacts are littered with various offenses including violent offenses, multiple failures to appear, and violations of court orders including probation violations. He also has an active bench warrant for failure to appear on Case # FA-2024-CR-03534 out of Fargo Municipal Court which requires a $1,000 cash bond.

The strength of the United States' case is also a worthy consideration for this Court. On or about October 30, 2023, Defendant was arrested with approximately 1000 fentanyl-laced pills and over 40 grams of fentanyl powder.  At the time of this law enforcement encounter, Defendant provided a false name to law enforcement.  Defendant was also found to be in possession of US currency and a cellular phone, which yielded content indicative of drug trafficking.  Defendant would later submit to a Mirandized interview with law enforcement and admitted to being involved in drug trafficking and provided the names of two of his sources of supply.  Defendant also confirmed his moniker of "Blue," a name law enforcement had received intelligence from numerous sources of information regarding "Blue" being involved in drug trafficking activity.

Given Defendant's criminal history and extensive involvement in drug trafficking, he remains a risk of nonappearance and a danger to the community.  There are no conditions or combination of conditions that will reasonably assure the safety of any other person and the community. Therefore, the United States requests Defendant's motion to be denied.

Dated: August 13, 2025

          JENNIFER KLEMETSRUD PUHL
          Acting United States Attorney

By:    /s/ *Dawn M. Deitz*_____
       DAWN M. DEITZ
       Assistant United States Attorney
       ND Bar ID 06534
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       dawn.deitz@usdoj.gov
       Attorney for United States