IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

---

United States of America,

           Plaintiff,                          Criminal No. 3:25-cr-8

v.

Nathaniel Angelo Showers.               **Motion to Withdraw as**
                                                                 **Attorney of Record**

           Defendant.

---

      Counsel for Defendant moves to withdraw as counsel in this matter pursuant to North Dakota Rules of Professional Conduct Rule 1.16(b)(3).

      There has been a complete breakdown in the attorney-client relationship. Despite multiple efforts to rehabilitate communication, Mr. Showers has made it clear he no longer wants representation by undersigned counsel. Defendant has expressed an intent to seek new counsel and is no longer receptive to legal advice or strategy from undersigned counsel. The breakdown is such that continued representation would be unworkable and inconsistent with the obligations of effective representation and the ethical duties of counsel. Undersigned counsel has taken steps to preserve the client's legal interests and will assist in the transition to successor counsel, should the Court permit withdrawal.

      Counsel respectfully requests the Court grant this Motion to Withdraw.

Dated: September 9, 2025                                        Respectfully submitted,

                                                                */s/ Chris Snyder*
                                                                 Chris Snyder

        MN Attorney No. 0399471
        ND Attorney No. 09180

        P.O. Box 616
        Moorhead, MN 56561-0616
        218-284-0484