IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **DEFENDANT'S MOTION FOR** |
| ) | **COMBINED PLEA AND SENTENCING** |
| ) | **HEARING; AND DEFENDANT'S** |
| ) | **REQUEST FOR PSR BEFORE CHANGE** |
| ) | **OF PLEA HEARING** |
| **-v-** ) | |
| ) | **Criminal No. 3:25-cr-00008** |
| **LEWIS DANTE GEORGE,** ) | |
| **Defendant.** ) | |

COMES NOW, Defendant, Lewis Dante George, by and through his attorney, Brian P. Toay, **Wold Johnson, P.C.**, and hereby respectfully requests this Court ORDER a presentence report ahead of George's change of plea, and jointly schedule the Change of Plea Hearing and Sentencing Hearing in this case. Mr. George hereby requests that the Plea and Sentencing hearings both be set at a date and time that will allow for the completion of a Presentence Report.

Mr. George has no objection to the preparation of a Presentence Report at any time prior to that hearing and has signed a consent to complete the Presentence Report prior to the plea hearing. In addition, Mr. George has no objection to the submission of the Presentence Report to the Court, U.S. Attorney, and Defendant (as well as any other appropriate party) prior to the Plea hearing.

Dawn Deitz, Assistant United States Attorney, has been advised of this motion and does not object to the requests set forth herein.

Dated this 3rd day of March, 2026


*/s/ Brian P. Toay*
Brian P. Toay
Attorney for Defendant
**Wold Johnson, P.C.**
P.O. Box 1680
Fargo, ND 58102
(701) 235-5515
btoay@woldlaw.com