# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

## Criminal No. 3:25-cr-8

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Damonte Marquis Julius Combs**,<br><br>Defendant. | **MOTION TO CONTINUE TRIAL** |

Damonte Combs's trial is set for May 12, 2026 in Fargo, North Dakota. He requests that the trial be continued for three months so that he can return to federal custody from the custody of the state of Minnesota and have adequate time to prepare with the undersigned.

Counsel has advised Mr. Combs of this motion, its purpose, and his constitutional and statutory right to a speedy trial under 18 U.S.C. § 3161 et seq. Mr. Combs has consented to a continuance and a written consent form will be filed in the coming days. Counsel also represents to the Court this motion is made neither for undue delay nor other improper reason. The government, through Assistant United States Attorney, Dawn Deitz, doesn't object to this motion.

For this reason, Damonte Combs requests that the Court reschedule his trial to the first available date after August 12, 2026.

Date:  April 9, 2026

Respectfully submitted,

Matt Keller (# 09338)
**RINGSTROM DEKREY PLLP**
P.O. Box 853
Moorhead, MN  56561-0853
(218) 284-0484
matt@ringstromdekrey.com

2